In the Matter of VINCENT J. GIANATASIO, Appellant, *v.* ABRAHAM KAPLAN et al., Composing the Municipal Civil Service Commission of the City of New York, Respondents.

(Argued June 10, 1931; decided July 15, 1931.)

*H. Eliot Kaplan* for appellant.

*Arthur J. W. Hilly, Corporation Counsel* (*J. Joseph Lilly, Arthur Sweeny* and *Cornelius Bregoff* of counsel), for Municipal Civil Service Commission of the City of New York, respondent.

*Frederick A. Keck* for James C. A. Hennessey, respondent.

*John J. Bennett, Jr., Attorney-General* (*Patrick H. Clune* of counsel), for the State of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.